FILED

# UNITED STATES DISTRICT COURT
for the

FEB 2 9 2012

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:12-MJ-1014 |
| | ) | |
| JANICE BRIDGES | ) | Charging District: DC Superior Court |
| *Defendant* | ) | Charging District's Case No. F4141 82 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: DC Superior Court  500 Indiana Ave, NW  Washington DC 20001 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 14 march 2012 @ 10am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/29/2012

_____
*Judge's signature*

HONORABLE DAVID W. DANIEL, US MAGISTRATE JUDGE
*Printed name and title*